CAUSE NO. 04-15-00183-CR

IN THE COURT OF

CRIMINAL APPEALS

OF TEXAS

RICHARD LARES, Petitioner, Pro Se

v.

THE STATE OF TEXAS,

Respondent



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 APR 27 PM 1:12



KEITH E. HOTTLE, CLERK

MOTION FOR BAIL/BOND

TO THE HONORABLE JUSTICE(S) OF THE COURT OF APPEALS:

COMES NOW RICHARD LARES, TDCJ #1592255, Petitioner herein and files this Motion for Bail/Bond in style and cause above and will show good cause in support of this neccessary court order:

Petitioner is not a flight risk as atest by his previous Bond requirement during all Pre-Trial Proceedings and Trial Proceedingsbeing met/kept.

Petitioner is unable to make a full and fair defense of the claims alleged without the resources that a person has out there in the Free world, and therefore may not be able to resolve material facts that may entitle him to relief. These material facts/evidence can only be aquired by court ordered Bond and Subpoenas:

1. Affidavit/Testimony Provided by Arizona Officer Retired Steve A. Costello Badge #3564 and 8687 which is currently in the hands of soon to be ex-wife, Karina Lares and refuses to send it to petitioner.
2. A complete Printed out copy of the 399th Court's Record to include all of petitioner's motions, 11.07, and 2254 responses and writs.
3. Alibi Testimonies from Roberto Guevara, Martha C. Flores, Brenda Villanueva, Karina Lares-Guevara, Andy T. Lares and The Wheel-of-Fortune Director who will provide testimony that NO CRIME happened on or about Sept.03,2000 and no crime happened on any other dates as well in the State of Texas nor in any other State or Country. (Address information provided upon request)
4. Andy T. Lares, Amber Sims testimony that someone else caused the injuries to the complainant's sexual organ.

Prayer - Petitioner prays in the interest of Justice and to correct a miscarriage of justice that this motion be Granted and further prays that the Honorable Court of Appeals Order a Continuance Sua Sponte for such reasons stated above.

WHEREFORE PRIMISES CONSIDERED, Petitioner prays for the above order and action. SO MOVED AND SO PRAYED FOR.

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO
2015 APR 27 PM 1: 12

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing information stated above is true to the best of my knowledge and was sent to the Clerk of the Fourth Court of Appeals District, Cadena-Reeves Justice Center, 300 Dolorosa, Suite 3200 San Antonio, Texas 78205-3037 by U.S.Postal Mail, Date 4/21/15.

Sincerely Submitted,

Richard Lares

Richard Lares, Pro Se
TDCJ #1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77878
936.825.3728

## ORDER

On _____,2015 the Petitioner's Motion for Bail/Bond

was heard and said motion is:

( )GRANTED                    ( )DENIED

Date Signed: _____

_____
Justice Presiding

Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

Legal
Mail

Clerk of Court of Appeals
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037